**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−22345−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Dominic W. Tedder
   612 Naysmith Road
   North Versailles, PA 15137

Social Security No.:
   xxx−xx−3040

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Shawn N. Wright<br>7240 McKnight Road<br>Pittsburgh, PA 15237<br>Telephone number: 412−920−6565 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>September 11, 2017<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>September 11, 2017<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 8/2/17

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 17-22345-CMB
Dominic W. Tedder                                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1          Date Rcvd: Aug 02, 2017
                              Form ID: rsc13          Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
db             +Dominic W. Tedder,    612 Naysmith Road,    North Versailles, PA 15137-2342
cr             +Penn Hills School,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14648537        Navient Solutions, LLC on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
                 PO Box 9430,   Wilkes Barre, PA  18773-9430
14649555       +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14639295        Select Portfolio,    3815 Southwest Temple,    Salt Lake City, UT 84115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2017 01:24:18      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 03 2017 01:26:35
                 Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
                 P.O. Box 165028,   Irving, TX  75016,    UNITED STATES 75016-5028
14639294       +E-mail/Text: bknotices@conduent.com Aug 03 2017 01:25:17     Acs/navient,   501 Bleecker St,
                 Utica, NY 13501-2401
14656064       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 03 2017 01:26:54
                 Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
14644412        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2017 01:24:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
14642373       +E-mail/Text: bankruptcy@huntington.com Aug 03 2017 01:24:27      The Huntington National Bank,
                 PO BOX 89424,   Cleveland, OH 44101-6424
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset Backed
               Pass-Through Certificates, Series 2007-CH4 bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School jlc@mbm-law.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright    on behalf of Debtor Dominic W. Tedder shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                              TOTAL: 6
```