# MINUTES OF CHAPTER 13(a) MEETING AND SETTLEMENT CONFERENCE AND PLAN CONFIRMATIONS

Case Name: __Tedder_____ JAD/TPA/(CMB)/GLT

Case Number: __17-22345__

Date of Meeting: __9/11/17__   Recording # __16__

Debtor(s) present __✓__ or Not Present ___ ( ___ No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Wright_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __6/19/17__   Applicable commitment period __✓__ 3 yrs ___ 5 yrs

Asked for balance & payoff date for retirement loan.

Debtor has 2008 Lexus encumbered

___✓___ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD        _____ Order to Show Cause Requested
                                _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
___✓___ Amended Plan due: __10/2/17__ ; Objections due: __10/16/17__

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___✓___ Continued to:
        _____ 341 Meeting OR __✓__ Conciliation Conf. OR ___ *Contested Hearing
        On __10/19/17__ at __9:00__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee