IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-22345-cmb |
| Dominic W. Tedder,  Debtor | ) | |
| | ) | Chapter 13 |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN AND ORDER SETTING DATES CERTAIN**

    I, the undersigned, certify that I served or caused to be served, on October 9, 2017 a copy of the above pleadings upon each of the following persons and parties in interest at the addresses shown below:

**VIA ELECTRONIC SERVICE**
Office of the United States Trustee
Office of the Chapter 13 Trustee


**VIA FIRST CLASS MAIL:**
Acs/navient
501 Bleecker St
Utica NY 13501

Select Portfolio (and by fax 801-269-4405)
3815 Southwest Temple
Salt Lake City UT 84115

                                                /s/Shawn N. Wright
                                                SHAWN N. WRIGHT, ESQUIRE
                                                Counsel for Debtor; PA#64103
                                                7240 McKnight Road
                                                Pittsburgh, PA 15237
                                                (412) 920-6565
                                                shawn@shawnwrightlaw.com